UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADAM LANE, ADC #155843                                                          PLAINTIFF

VS.                              No. 5:18-cv-00305-BRW-JTR

WENDY KELLY, Director,
Arkansas Department of Correction, *et al.*                                     DEFENDANTS

# ORDER

I have reviewed the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Doc. No. 8) and the filed objections (Doc. No. 9). After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommended Partial Disposition in all respects. Lane's Motion for Order[4] is DENIED to the extent it requests an *ex parte* temporary restraining order. His request for preliminary injunctive relief is held in abeyance pending a response from Defendants. I certify that an *in forma pauperis* appeal of this ruling would not be taken in good faith.[5]

Plaintiff's Motion for Copies of his December 26, 2018 Declaration (Doc. No. 11) is GRANTED.  Accordingly, the Clerk of the Court is directed to send him a copy of that declaration (Doc. No. 9) along with this order.

IT IS SO ORDERED this 9th day of January, 2019.

                                        /s/ Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE

---

[4]Doc. No. 4.

[5]28 U.S.C. § 1915(a)(3).