UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADAM LANE, ADC #155843                                                                        PLAINTIFF

VS.                              No. 5:18-cv-00305-BRW-JTR

WENDY KELLY, Director,
Arkansas Department of Correction, *et al.*                                                   DEFENDANTS

# ORDER

I have reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Doc. No. 31). No objections were filed. After careful consideration, I approve and adopt the Partial Recommended Disposition in all respects. Lane's Motion seeking preliminary injunctive relief (Doc. No. 4) is DENIED.

I certify that an *in forma pauperis* appeal of this ruling would not be taken in good faith.[1]

IT IS SO ORDERED this 13th day of June, 2019.

                                                                  *Billy Roy Wilson*
                                                                  UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).