UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADAM LANE, ADC #155843                                                                PLAINTIFF

VS.                              No. 5:18-cv-00305-BRW

CHRISTOPHER BUDNICK,
Deputy Warden, Arkansas
Department of Correction, *et al.*                                                    DEFENDANTS

# ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Doc. No. 78). No objections were filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects. Defendants' Motion to Dismiss (Doc. No. 74) is GRANTED, all of Plaintiff's remaining claims are DISMISSED without prejudice, and this case is closed.

I certify that an *in forma pauperis* appeal of this ruling would not be taken in good faith.[1]

IT IS SO ORDERED this 2nd day of March, 2021.

> Billy Roy Wilson
> UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).