UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADAM LANE, ADC #155843                                                                PLAINTIFF

VS.                            No. 5:18-cv-00305-BRW

CHRISTOPHER BUDNICK,
**Deputy Warden, Arkansas**
**Department of Correction,** *et al.*                                              DEFENDANTS

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of March, 2021.

                                            Billy Roy Wilson
                                  UNITED STATES DISTRICT JUDGE